**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CLINTON QUERING,**

**Plaintiff,**

**v.** **Case No. 3:16-cv-42-J-39JBT**

**SPEARS COASTLINE PLASTICS, LLC, a Florida Limited Liability Company and SPEARS MANUFACTURING CO., a Foreign Profit Corporation,**

**Defendants.**
_______________________________/

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 17; Stipulation) filed on May 17, 2016. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear their own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of June, 2016.

BRIAN J. DAVIS
United States District Judge

em

Copies to:

Counsel of Record